IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CAROLYN CALDERON,

                Plaintiff,

    v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                Defendant.

No. CV 06-1621-PK

JUDGMENT

**MOSMAN, J.,**

    Based on the Opinion and Order of the court filed March 5, 2008 (#23) adopting the Magistrate Judge's Findings and Recommendations (#19),

    IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED, and this case is DISMISSED.

    DATED this  6th   day of March, 2008.

                                      /s/ Michael W. Mosman
                                      MICHAEL W. MOSMAN
                                      United States District Judge