WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED
JUN 30 2009

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CAROLYN CALDERON,** | CV # 06-1621-PK |
| Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER** of Social Security, | |
| Defendant. | |

Attorney fees in the amount of $10,500.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 30th day of July, 2009.

_____
United States District / Magistrate Judge

Submitted on June 29, 2009 by:

/s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1